Dan A. Druz (DD-6177)
291 E. Main St.
Suite 1000
Manasquan, NJ 08736
(732) 223-7676
Attorney for Defendants
Greg Capra
Pristine Capital Holdings, Inc.

*NEW YORK COUNTY CLERK'S OFFICE   OCT - 2 2007   NOT COMPARED WITH COPY FILE*

Judge Hellerstein

07 CIV 8524

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVER VELEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, GREG CAPRA AND PRISTINE CAPITAL HOLDINGS, INC.,<br><br>　　　　　Defendant. | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK<br>INDEX NO. 07/112799<br><br>CIVIL ACTION NO.<br><br><u>NOTICE OF FILING</u><br>A NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

TO:   The Judges of the United States District Court
      Southern District of New York

      Franklin Ogele, Esq.
      One Gateway Center, Ste 2600
      Newark, NJ 07102

      FINRA Dispute Resolution
      Northeast Processing Center
      One Liberty Plaza
      165 Broadway, 27th Fl
      New York, NYC 10006

MS./SIRS:

**PLEASE TAKE NOTICE** that in the above-entitled action, Defendants, Greg Capra and Pristine Capital Holdings Inc. ("PCH") have this day filed a Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Southern District of New York. You are also advised that the defendant, upon filing of said Notice of Removal, filed a copy of the Notice with the Clerk of the Supreme Court of the State of New York, County of New York, which has effected this removal, in accordance with 28 U.S.C. § 1446(b).

        Dan A. Druz, Esq. (DD-6177)
        291 E. Main St.
        Suite 1000
        Manasquan, NJ 08736
        Attorney for Defendants

        By: _____
              Dan A. Druz

Dated: October 2, 2007