## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be served by first class mail a copy of the within Notice of Removal as well as a Notice of Filing Notice of Removal, pursuant to 28 U.S.C. § 1446, upon:

> Franklin Ogele, Esq.
> One Gateway Center, Ste 2600
> Newark, NJ 07102
> Attorneys for Plaintiff
>
> Clerk, Supreme Court New York County
> 60 Centre St.
> New York City, NY
>
> FINRA Dispute Resolution
> Northeast Processing Center
> One Liberty Plaza
> 165 Broadway, 27th Fl
> New York, NYC 10006

_____
Dan A. Druz

Dated: October 2, 2007