Dan A. Druz (DD-6177)
291 E. Main St.
Suite 1000
Manasquan, NJ 08736
(732) 223-7676
Attorney for Defendants
Greg Capra
Pristine Capital Holdings, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVER VELEZ,<br><br>               Plaintiff,<br><br>vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, GREG CAPRA AND PRISTINE CAPITAL HOLDINGS, INC.,<br><br>               Defendant. | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK INDEX NO. 07/112799<br><br>**CIVIL ACTION NO.**<br><br>**FED.R.CIV.P. 7.1 DISCLOSURE STATEMENT ON BEHALF OF PRISTINE CAPITAL HOLDINGS INC.** |

In accordance with Fed.R.Civ.P. 7.1, Pristine Capital Holdings Inc. states that there exists no parent corporation or publicly held corporation that owns 10% or more of its stock.

                                                          Dan A. Druz (DD-6177)

Dated: October 2, 2007