IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| OLIVER L. VELEZ | x<br>x<br>x<br>x   Case No.: 1:07-cv-08524-AKH<br>x |
| Plaintiff, | x   **RULE 7.1 DISCLOSURE ON**<br>x   **BEHALF OF FINANICIAL** |
| -against- | x   **INDUSTRY REGULATORY**<br>x   **AUTHORITY, INC.** |
| FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY, GREG CAPRA AND<br>PRISTINE CAPITAL HOLDINGS, INC. | x<br>x<br>x<br>x |
| Defendants. | x<br>x |

    Pursuant to Fed. R. Civ. P 7.1, Financial Industry Regulatory Authority, Inc. states that it is a private, not-for-profit Delaware corporation that has no stock or parent corporation.

Therefore no publicly held corporation owns 10% or more of any FINRA stock.


Dated: October 12, 2007                         _____/s/_____
      Washington, D.C.                              Terri L. Reicher (TR-8260)