IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| OLIVER L. VELEZ,<br><br>        Plaintiff,<br><br>    -against-<br><br>FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY, GREG CAPRA AND<br>PRISTINE CAPITAL HOLDINGS, INC.<br><br>        Defendants. | Case No.: 1:07-cv-08524-AKH<br><br>**FINRA'S ANSWER TO<br>VERIFIED COMPLAINT** |

Defendant Financial Industry Regulatory Authority, Inc. (FINRA) hereby answers the Verified Complaint as follows:

1. Admitted.

2. Admitted, except the correct name of Defendant is Financial Industry Regulatory Authority, Inc.

3. Admitted, except that the correct name of FINRA's dispute resolution forum is "FINRA Dispute Resolution."

4-9. FINRA lacks knowledge and information sufficient to respond.

10-14. Admitted.

15. Denied. FINRA Rules 12200 and 13200 speak for themselves.

16. FINRA lacks knowledge and information sufficient to respond.

17. Admitted.

19. Admitted.

20. FINRA lacks knowledge and information sufficient to determine when plaintiff received the referenced letter. FINRA admits that it sent the letter on or about September 14, 2007.

20. The Verified Complaint contains two paragraphs 20. FINRA denies the second paragraph 20.

WHEREFORE, FINRA has been named in this case solely in its capacity as an arbitration forum, and takes no position on the issue of arbitrability. FINRA agrees to abide by this Court's determination of arbitrability.

October 12, 2007  
Washington, D.C.

          /s/_____  
Terri L. Reicher (TR-8260)  
Associate General Counsel  
Financial Industry  
Regulatory Authority, Inc.  
1735 K Street, N.W.  
Washington, D.C. 20006  
Telephone (202) 728-8967  
Telecopier (202) 728-8894  

Attorney for Defendant  
Financial Industry  
Regulatory Authority, Inc.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 12th day of October, 2007, a copy of the foregoing Answer was mailed by overnight mail, Federal Express, to:

Franklin I. Ogele
One Gateway Center, Suite 2600
Newark, NJ 07102

                                                                                               /s/
                                                                      Terri L. Reicher