IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ X | |
| X | |
| OLIVER L. VELEZ       X | |
| X | Case No.: 1:07-cv-08524-AKH |
| X | |
|         Plaintiff,     X | AFFIRMATION OF |
| X | TERRI L. REICHER |
|    -against-      X | |
| X | |
| FINANCIAL INDUSTRY REGULATORY   X | |
| AUTHORITY, GREG CAPRA AND     X | |
| PRISTINE CAPITAL HOLDINGS, INC.   X | |
| X | |
|         Defendants.    X | |
| _____ X | |

1.    My name is Terri L. Reicher.  I am a member of the bar of this Court and am competent to testify to the matters set forth herein.

2.    I am Associate General Counsel and Associate Vice President of Financial Industry Regulatory Authority, Inc. (FINRA).

3.    I submit this Affirmation in support of FINRA's Response to the Petition to Stay Arbitration.

4.    Exhibit 1 attached hereto is a true and correct copy of a letter dated September 21, 2007 from Paula Union, FINRA Dispute Resolution Case Administrator, to Oliver Velez.

Dated: October 12, 2007
      Washington, D.C.

                                      Terri L. Reicher

# EXHIBIT 1

**FINRA Dispute Resolution**

FINra™

Northeast Region

One Liberty Plaza | 165 Broadway, 27th Floor | New York NY | 10006-1400 | 212 858 4200 | Fax 301 527 4873

September 21, 2007

FILE COPY

Subject:     FINRA Dispute Resolution Arbitration Number 07-02396
             Greg Capra and Pristine Capital Holdings Inc. v. Oliver L. Velez.

Dear Mr. Velez:

Further to Claimant's letter dated September 18, 2007, we write to confirm that your submission to this arbitration is mandatory and not voluntary. The service letter dated September 14, 2007 sent to you was incorrect due to clerical error.

Therefore, you are required by the Rules of FINRA Dispute Resolution to arbitrate this matter. Any inconvenience as a result of the aforesaid error is regretted.

Very truly yours,

Paula Union
Case Administrator
212-858-4200 FAX:301-527-4904

PRU:CXM:LC53A
idr:07/07

CC:
      Dan A. Druz, Esq., Greg Capra
      291 E. Main St., Suite 1000, Manasquan, NJ  08736
      Dan A. Druz, Esq., Pristine Capital Holdings Inc.
      291 E. Main St., Suite 1000, Manasquan, NJ  08736

RECIPIENTS:
      Oliver L. Velez
      14 Richbell Road, White Plains, NY  1065