Dan A. Druz (DD-6177)
291 E. Main St.
Suite 1000
Manasquan, NJ 08736
732 223-7676
Attorney for Defendants
Pristine Capital Holdings Inc.
Greg Capra

| | |
|---|---|
| OLIVER L. VELEZ,<br><br>Plaintiff,<br><br>v.<br><br>PRISTINE CAPITAL HOLDINGS INC., GREG CAPRA, AND FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br><br>Defendants. | U. S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action 07-8524 (AKH)<br><br><br>NOTICE OF MOTION TO COMPEL PURSUANT TO THE FEDERAL ARBITRATION ACT<br><br><br>Return date: November 27, 2007 |

**TO:** Franklin L. Ogele, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Attorney for Plaintiff Oliver L. Velez

Terry L. Reicher
Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
Attorney for Defendant FINRA

SIR / MADAM:

**PLEASE TAKE NOTICE** that on November 27, 2007 at _____ a.m. or as soon thereafter as counsel may be heard, Defendants Pristine Capital Holdings Inc. and Greg Capra shall move before the Hon. Alvin K. Hellerstein, U.S.D.J., Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom ___ New York City, New York, for an Order in the form annexed hereto compelling this controversy to arbitration at the Financial Industry Regulatory Authority ("FINRA"), FINRA Dispute Resolution Arbitration No. 07-02396.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the Memorandum of Law and Certification submitted herewith, as well as all other pleadings and papers on file in this matter.

                                    s/Dan A. Druz
                                    Dan A. Druz
                                    Attorney for Defendants
                                    291 E. Main St.
                                    Suite 1000
                                    Manasquan, NJ  08736
                                    732 223-7676

DATED: October 30, 2007