Dan A. Druz (DD-6177)
291 E. Main St.
Suite 1000
Manasquan, NJ  08736
732 223-7676
Attorney for Defendants
Pristine Capital Holdings Inc.
Greg Capra

| | |
|---|---|
| OLIVER L. VELEZ,<br><br>            Plaintiff,<br><br>v.<br><br>PRISTINE CAPITAL HOLDINGS INC., GREG CAPRA, AND FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br><br>Defendants. | U. S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action  07-8524 (AKH)<br><br><br>ORDER<br><br><br><br>Return date: November 27, 2007 |

    This matter, having been brought before the Court upon the application of Defendants Pristine Capital Holdings Inc. and Greg Capra for an Order compelling this controversy to an arbitration proceeding before Financial Industry Regulatory Authority ("FINRA") FINRA Dispute Resolution Arbitration No. 07-2396, and the Court having considered the motion papers filed herein, and good cause having been shown,

It is hereby, on this _____ day of November, 2007

**ORDERED** that this controversy is compelled to arbitration before FINRA, FINRA Dispute Resolution Arbitration No. 07-2396.

_____
U.S.D.J.