FRANKLIN I. OGELE (FO-oo40)
LAW OFFICE OF FRANKLIN OGELE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NJ 07102
ATTORNEY FOR OLIVER L. VELEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

| | |
|---|---|
| OLIVER L. VELEZ | INDEX #07 CV 08524 |
| Plaintiff | |
| | CIVIL ACTION |
| vs. | |
| | NOTICE OF MOTION TO REMAND |
| | AND MOTION TO DISMISS AND FOR |
| FINANCIAL INDUSTRY | FEES AND COSTS |
| REGULATORY AUTHORITY | |
| GREG CAPRA AND | |
| PRISTINE CAPITAL HOLDINGS, INC. | Return Date: November 27, 2007 |
| Defendants | |

----------------------------------------------X


TO:   Dan A. Druz, Esq.
      Attorney for Greg Capra and
      Pristine Capital Holdings, Inc.
      291 E. Main Street, Suite 1000
      Manasquan, NJ 08736
      732 233 7676

      Terry L. Reicher, Esq.
      Associate General Counsel
      FINRA
      1735 K. Street. NW
      Washington, DC 20006
      Attorney For FINRA

**Ladies and Gentlemen:**

**PLEASE TAKE NOTICE** that on November 27, 2007 at _____a.m. or as soon as Counsel may be heard, Oliver A. Velez ("Velez") shall move to Remand and Dismiss the Notice of Removal (Index #07-CV- 08524), and for costs and attorney fees to the Supreme Court of the State of New York, Honorable Judge Jane Solomon, presiding. Velez' Motion will be heard by Honorable Alvin K. Hellerstein, U.S.D.J. Southern District of New York, at the Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, Court Room _____.

**PLEASE TAKE FURTHER NOTICE** that Velez shall rely on the Memorandum of Law which argues that there is no federal subject matter jurisdiction and diversity of citizenship to warrant removal and Certification, pleadings and other moving papers submitted herewith.

\_\_\_\_\_Signed_____
Franklin I. Ogele, Esq. (FO-oo40)
Attorney for Oliver Velez
One Gateway Center, Suite 2600
Newark, NJ 07102
Cell Ph. 973 277 4239
Office Ph. 973 645 0565
Fax 973 923 7890


Date 11/16/07


VelezNoticeofMotionRemand