

**FRANKLIN I. OGELE**
*Attorney at Law*
One Gateway Center, Suite 2600
Newark, NJ 07102
Email: fogele@msn.com
Web Address: www.ogelelaw.com

11/16/07

*Ph. (973) 645 0565*
*Fx.(973) 923 7890*
*Cell (973) 277 4239*

**Bar Admissions**
New York and New Jersey

BY FAX #212 805 7942

November 16, 2007

Hon. Judge Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY

Re:   07 CV 8524
      Oliver Velez v. Financial Industry Regulatory Authority et.al.

To Honorable Judge Hellerstein:

I represent Mr. Oliver Velez in the above matter. Our response papers are due today and I have already electronically filed our Notice of Remand. However, I am having difficulties filing the Velez Certification and other supporting documents electronically because the documents were scanned as a single PDF document at Kinkos and I have been advised by the ECF Staff that the documents would be rejected if sent as a single document.

I respectfully ask the Court to allow me to file the supporting documents with your Chambers in hard copy while I go back to Kinkos to have the documents scanned separately so that I can file each as a separate document with a separate file address.

I have also spoken to Dan Druz, Esq. Counsel for Mr. Capra and Pristine Capital Holdings Inc., and he is not opposed to my request. Mr. Druz's copy will be overnighted to him today. I can be reached via cell phone at 973 277 4239.

Very truly yours,

Franklin I. Ogele, Esq.

---

*[Handwritten note from judge:]* The time to file response papers is enlarged to noon, Tuesday, Nov. 20, 2007. 11-16-07 /s/ AKH

cc:     Dan Druz, Esq.
        Fax 732 223 1592

Velezltrusct1