# EXHIBIT 3 TO THE MEMORANDUM OF LAW

Ex3mol

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
In the Matter of Application of                     Index # 07/112799

OLIVER L. VELEZ

**NOTICE OF PETITION
OR MOTION TO
STAY ARBITRATION**

Petitioner,

For an Order Pursuant to Article 75
of the CPLR to Permanently Stay
Arbitration

RECEIVED
SEP 2 1 2007
IAS MOTION
SUPPORT OFFICE

-Against-

FINANCIAL INDUSTRY
REGULATORY AUTHORITY
DISPUTE RESOLUTION, INC.
(FORMERLY, THE NASD)
GREG CAPRA AND
PRISTINE CAPITAL HOLDINGS, INC.

Respondents
-------------------------------------------------------------------x

TO:   DIRECTOR OF ARBITRATION
      THE FINANCIAL INDUSTRY REGULATORY AUTHORITY
      DISPUTE RESOLUTION, INC.
      165 BROADWAY
      NEW YORK, NY 10006

      DAN A. DRUZ, ESQ.
      291 E. MAIN STREET
      SUITE 100
      MANASQUAN, NJ 08736

PLEASE TAKE NOTICE that upon the annexed (1) Affidavit of Oliver Velez dated September 20, 2007; (2) the Affirmation of Franklin Ogele, Esq.; (3) the Verified Complaint; and (4) the Memorandum of Law with Supporting Exhibits, including the Statement of Claim of the Arbitration Before the Financial Industry Regulatory Authority

1

captioned *In the Matter of the Arbitration between Greg Capra and Pristine Capital Holdings Inc., (Plaintiffs) v. Oliver L. Velez* (Respondent) (Arbitration No. 07-2396) (the "NASD Arbitration"), Franklin Ogele, Esq. Attorney for Velez, will move this Court at the Assignment Part __AM 130 Motion Submission__ of the Supreme Court of the State of New York, County of New York located at __60 Centre St, NYC 10007__ on the __10th__ day of __Oct__ 2007 by 9:30 am or as soon thereafter as Counsel may be heard, for:

(a)   an Order To Permanently Stay the NASD Arbitration on the ground that there is no agreement between Velez and Plaintiffs to arbitrate any such matter before the NASD.

(b)   an Order granting such other relief as the Court may deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR 2214(b), answering papers, if any, must be served upon the undersigned no later than seven (7) days prior to the return date of this motion.

Dated: __30th__ day __Sept__ 2007

By _____
Franklin Ogele, Esq.
New York Bar Admission #2364974
Attorney for Petitioner
One Gateway Center - Suite 2600
Newark, NJ 07102
Office: 973 645 0565/Fax: 973 923 7890
Cell 973 277 4239

NOTICEofMotion

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x

In the Matter of Application of

OLIVER L. VELEZ

Petitioner,

For an Order Pursuant to Article 75
of the CPLR to Permanently Stay
Arbitration

-Against-

FINANCIAL INDUSTRY
REGULATORY AUTHORITY
DISPUTE RESOLUTION, INC.
(FORMERLY, THE NASD)
GREG CAPRA AND
PRISTINE CAPITAL HOLDINGS, INC.

Respondents
-----------------------------------------------------------------x

Index # 07/112799

**VERIFIED COMPLAINT**

Petitioner designates New York County as the place of trial. Venue is based on one of Respondents' principal place of business

Petitioner, OLIVER L. VELEZ ("Petitioner"), by his attorney, Franklin Ogele, files this verified petition and allege as follows:

1. Petitioner is and at all times referred to herein a resident of the State of New York, residing in White Plains, New York.

2. Upon information and belief The Financial Industry Regulatory Authority ("FINRA")[1] formerly, known as the National Association of Securities Dealers, Inc. (the "NASD") is a self regulatory association of securities broker-dealers operating under the oversight of the United States Securities and Exchange Commission ("SEC").

---

[1] In or about 2007, the regulatory arm of the National Association of Securities Dealers Regulation Inc. effectively merged with the regulatory arm of the New York Stock Exchange, Inc. and adopted the FINRA name. In this Verified Complaint, we will continue to use the more familiar NASD name as opposed to the recently adopted FINRA name.

1

3. The NASD operates the NASD Dispute Resolution, Inc. which conducts hearings to resolve dispute among its members. The NASD Dispute Resolution maintains an office at One Liberty Plaza, 27th Floor, 165 Broadway, New York, NY 10006.

4. In or about 1994, Petitioner and Capra founded Pristine Capital Management, Inc with Petitioner and Capra holding 50% of the equity respectively.

5. In or about 2001, Petitioner and Capra founded Pristine Securities, Inc., a broker-dealer and a member of the NASD ("Pristine Securities" or the "Broker-Dealer")

6. In or about 2001, Petitioner and Capra founded Pristine Services, Inc.

7. In or about 2001, Petitioner and Capra formed Pristine Capital Holdings Inc. and dissolved Pristine Capital Management Inc. Pristine Capital Holdings Inc. became the holding company for Pristine Securities Inc. and Pristine Services Inc. In addition, the shares of Pristine Capital Holdings Inc. were allocated 47% to Petitioner and 47% to Capra respectively.

8. Velez was the Chief Executive Officer of Pristine Capital.

9. Petitioner Velez had no role in the management of Pristine Securities. Velez role in Pristine Securities was limited to that of a capital contributor or participant.

10. Respondent, Pristine Capital, is not a member of the NASD.

11. Pristine Securities is not a party to this litigation.

12. Upon information and belief, Velez was registered as an Associated Person[2] and/or Registered Representative of Pristine Securities.

13. Upon information and belief and as part of the registration of Petitioner, Pristine Securities filed a Form U-4[3] with the NASD for Petitioner.

14. The Form U-4 contains a clause binding a signatory to arbitrate disputes. The specific arbitration clause is contained in Section15A(5) of the Form U-4 and states as follows:

> *I agree to arbitrate any dispute, claim or controversy that may arise between me and my firm, or a customer, or any other person, that is required to be arbitrated under the rules, constitutions or by-laws of the SROs indicated in Section 4 (SRO REGISTRATION) as may be amended from time to time……. (Italics mine)*

**See Exhibit 1.**

15. Upon information and belief, only disputes between a customer and a member and/or an associated person or between a member firm and an associated person of the NASD which disputes must be in connection with the business of a member or in connection with the activities of such associated person may be arbitrated under the NASD rules, provided the parties had executed a legally binding and enforceable agreement to arbitrate disputes.

16. On or about December 2006, Petitioner resigned as CEO of Pristine Capital and as an Associated Person and/or Registered Representative of Pristine Securities.

---

[2] *The term "Associated Person" is a defined term. The Court is respectfully directed to Footnote #2 of Petitioner's Memoranda of Law in Support of Petition to Stay Arbitration for discussion of the term "Associated Person."*
[3] *Form U-4 is the Uniform Registration Notice for Securities Industry Registration. Form U-4 is filed with NASD's Central Registration Depositary to notify regulators and the public at large that a particular person is associated with the filing broker-dealer.*

17. Upon information and belief and to effectuate his resignation, Pristine Securities submitted a Form U-5[4] with the NASD.

**See Exhibit 2.**

18. The submission of the Form U-5 and its acceptance by the NASD effectively terminated Petitioner's registration status with Pristine Securities and his consent to arbitrate disputes before the NASD.

19. As a result of the effectiveness of the Form U-5, Petitioner is not a member and/or a registered person of Pristine Securities or any NASD member firm.

20. On or about September 20, 2007, Petitioner received a letter from the NASD requesting that Petitioner submit to voluntary arbitration. However, the NASD does not demand that Respondents withdraw the Arbitration.

**See Exhibit 3**

20. Given that (1) Petitioner's agreement and/or consent to arbitrate was terminated with the filing of Form U-5 by Pristine Securities; and (2) given that Petitioner is not a member of the NASD and/or a registered person of an NASD member firm; and (3) given that Petitioner has not otherwise agreed to arbitrate any disputes between him and the Respondents; and (4) that Petitioner has not otherwise participated in the arbitration before the NASD, and (5) given that Respondent, Pristine Capital is not even a member of the NASD, there is no basis upon which to compel Petitioner to arbitrate. The Arbitration should therefore be stayed against Petitioner.

WHEREFORE, Petitioner requests that the Court grant an Order and Judgment permanently staying the arbitration against him, enjoining the NASD from taking action

---

[4] Form U-5 is the Uniform Termination Notice for Securities Industry Registration. Form U-5 is filed with NASD's Central Registration Depositary to notify regulators and the public at large that a person is no more associated with the filing broker-dealer.

to proceed with, conduct or hold the arbitration and awarding Petitioner his costs and attorney fees and such other further relief as this Court may deem just, equitable and proper.

Respectfully submitted on this 20th day of Sept 2007.

By: _____
Franklin Ogele, Esq.
New York Bar Admission # 2364974
Attorney for Petitioner
One Gateway Center
Suite 2600 - Newark, NJ 07102
Office: 973 645 0565/Fax: 973 923 7890
Cell 973 277 4239

OliverVPet1

# EXHIBIT 1

v4

Rev. Form U4 (10/2005)
**UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER**

| INDIVIDUAL NAME: | SSN: |
| --- | --- |
| INDIVIDUAL CRD #: | FIRM CRD #: |

## 14. DISCLOSURE QUESTIONS (CONTINUED)

| | YES | NO |
| --- | --- | --- |
| **14F.** Have you ever had an authorization to act as an attorney, accountant or federal contractor that was revoked or suspended? | ○ | ○ |
| **14G.** Have you been notified, in writing, that you are now the subject of any: | | |
| (1) *regulatory complaint* or *proceeding* that could result in a "yes" answer to any part of 14C, D or E? (*If "yes", complete the Regulatory Action Disclosure Reporting Page.*) | ○ | ○ |
| (2) *investigation* that could result in a "yes" answer to any part of 14A, B, C, D or E? (*If "yes", complete the Investigation Disclosure Reporting Page.*) | ○ | ○ |

### Civil Judicial Disclosure

| | YES | NO |
| --- | --- | --- |
| **14H.** (1) Has any domestic or foreign court ever: | | |
| (a) *enjoined* you in connection with any *investment-related* activity? | ○ | ○ |
| (b) *found* that you were *involved* in a violation of any *investment-related* statute(s) or regulation(s)? | ○ | ○ |
| (c) *dismissed*, pursuant to a settlement agreement, an *investment-related* civil action brought against you by a state or *foreign financial regulatory authority*? | ○ | ○ |
| (2) Are you named in any pending *investment-related* civil action that could result in a "yes" answer to any part of 14H(1)? | ○ | ○ |

### Customer Complaint/Arbitration/Civil Litigation Disclosure

| | YES | NO |
| --- | --- | --- |
| **14I.** (1) Have you ever been named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that you were *involved* in one or more *sales practice violations* and which: | | |
| (a) is still pending, or; | ○ | ○ |
| (b) resulted in an arbitration award or civil judgment against you, regardless of amount, or; | ○ | ○ |
| (c) was settled for an amount of $10,000 or more? | ○ | ○ |
| (2) Have you ever been the subject of an *investment-related*, consumer-initiated complaint, not otherwise reported under question 14I(1) above, which alleged that you were *involved* in one or more *sales practice violations*, and which complaint was settled for an amount of $10,000 or more? | ○ | ○ |
| (3) Within the past twenty four (24) months, have you been the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under question 14I(1) or (2) above, which: | | |
| (a) alleged that you were *involved* in one or more *sales practice violations* and contained a claim for compensatory damages of $5,000 or more (if no damage amount is alleged, the complaint must be reported unless the *firm* has made a good faith determination that the damages from the alleged conduct would be less than $5,000), or; | ○ | ○ |
| (b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or securities? | ○ | ○ |

### Termination Disclosure

| | YES | NO |
| --- | --- | --- |
| **14J.** Have you ever voluntarily *resigned*, been discharged or permitted to *resign* after allegations were made that accused you of: | | |
| (1) violating *investment-related* statutes, regulations, rules, or industry standards of conduct? | ○ | ○ |
| (2) fraud or the wrongful taking of property? | ○ | ○ |
| (3) failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ○ |

### Financial Disclosure

| | YES | NO |
| --- | --- | --- |
| **14K.** Within the past 10 years: | | |
| (1) have you made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition? | ○ | ○ |
| (2) based upon events that occurred while you exercised *control* over it, has an organization made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy | ○ | ○ |
| (3) based upon events that occurred while you exercised *control* over it, has a broker or dealer been the subject of an involuntary bankruptcy petition, or had a trustee appointed, or had a direct payment procedure initiated under the Securities Investor Protection Act? | ○ | ○ |
| **14L.** Has a bonding company ever denied, paid out on, or revoked a bond for you? | ○ | ○ |
| **14M.** Do you have any unsatisfied judgments or liens against you? | ○ | ○ |

Rev. Form U4 (10/2005)
**UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER**

| INDIVIDUAL NAME: | SSN: |
|---|---|
| INDIVIDUAL CRD #: | FIRM CRD #: |

## 15. SIGNATURES

Please Read Carefully. All signatures required on this Form U4 filing must be made in this section.

A "signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

15A. **INDIVIDUAL/APPLICANT'S ACKNOWLEDGMENT AND CONSENT** This section must be completed on all initial or Temporary Registration form filings.
15B. **FIRM/APPROPRIATE SIGNATORY REPRESENTATIONS** This section must be completed on all initial or Temporary Registration form filings.
15C. **TEMPORARY REGISTRATION ACKNOWLEDGMENT** This section must be completed on Temporary Registration form filings to be able to receive Temporary Registration.
15D. **INDIVIDUAL/APPLICANT'S AMENDMENT ACKNOWLEDGMENT AND CONSENT** This section must be completed on any amendment filing that amends any information in Section 14 (Disclosure Questions) or any Disclosure Reporting Page (DRP).
15E. **FIRM/APPROPRIATE SIGNATORY AMENDMENT REPRESENTATIONS** This section must be completed on all amendment form filings.
15F. **FIRM/APPROPRIATE SIGNATORY CONCURRENCE** This section must be completed to concur with a U4 filing made by another firm (IA/BD) on behalf of an individual that is also registered with that other firm (IA/BD).

### 15A. INDIVIDUAL/APPLICANT'S ACKNOWLEDGEMENT AND CONSENT

1. I swear or affirm that I have read and understand the items and instructions on this form and that my answers (including attachments) are true and complete to the best of my knowledge. I understand that I am subject to administrative, civil or criminal penalties if I give false or misleading answers.

2. I apply for registration with the *jurisdictions* and *SROs* indicated in Section 4 (SRO REGISTRATION) and Section 5 (JURISDICTION REGISTRATION) as may be amended from time to time and, in consideration of the *jurisdictions* and *SROs* receiving and considering my application, I submit to the authority of the *jurisdictions* and *SROs* and agree to comply with all provisions, conditions and covenants of the statutes, constitutions, certificates of incorporation, by-laws and rules and regulations of the *jurisdictions* and *SROs* as they are or may be adopted, or amended from time to time. I further agree to be subject to and comply with all requirements, rulings, orders, directives and decisions of, and penalties, prohibitions and limitations imposed by the *jurisdictions* and *SROs*, subject to right of appeal or review as provided by law.

3. I agree that neither the *jurisdictions* or *SROs* nor any person acting on their behalf shall be liable to me for action taken or omitted to be taken in official capacity or in the scope of employment, except as otherwise provided in the statutes, constitutions, certificates of incorporation, by-laws or the rules and regulations of the *jurisdictions* and *SROs*.

4. I authorize the *jurisdictions*, *SROs*, and the *designated entity* to give any information they may have concerning me to any employer or prospective employer, any federal, state or municipal agency, or any other *SRO* and I release the *jurisdictions*, *SROs*, and the *designated entity*, and any person acting on their behalf from any and all liability of whatever nature by reason of furnishing such information.

5. I agree to arbitrate any dispute, claim or controversy that may arise between me and my firm, or a customer, or any other person, that is required to be arbitrated under the rules, constitutions, or by-laws of the *SROs* indicated in Section 4 (SRO REGISTRATION) as may be amended from time to time and that any arbitration award rendered against me may be entered as a judgment in any court of competent *jurisdiction*.

6. For the purpose of complying with the laws relating to the offer or sale of securities or commodities or investment advisory activities, I irrevocably appoint the administrator of each *jurisdiction* indicated in Section 5 (JURISDICTION REGISTRATION) as may be amended from time to time, or such other person designated by law, and the successors in such office, my attorney upon whom may be served any notice, process, pleading, subpoena or other document in any action or *proceeding* against me arising out of or in connection with the offer or sale of securities or commodities, or investment advisory activities or out of the violation or alleged violation of the laws of such *jurisdictions*. I consent that any such action or *proceeding* against me may be commenced in any court of competent *jurisdiction* and proper venue by service of process upon the appointee as if I were a resident of, and had been lawfully served with process in the *jurisdiction*. I request that a copy of any notice, process, pleading, subpoena or other document served hereunder be mailed to my current residential address as reflected in this form or any amendment thereto.

7. I consent that the service of any process, pleading, subpoena, or other document in any *investigation* or administrative *proceeding* conducted by the SEC, CFTC or a *jurisdiction* or in any civil action in which the SEC, CFTC or a *jurisdiction* are plaintiffs, or the notice of any *investigation* or *proceeding* by any *SRO* against the *applicant*, may be made by personal service or by regular, registered or certified mail or confirmed telegram to me at my most recent business or home address as reflected in this Form U4, or any amendment thereto, by leaving such documents or notice at such address, or by any other legally permissible means. I further stipulate and agree that any civil action or administrative *proceeding* instituted by the SEC, CFTC or a *jurisdiction* may be commenced by the service of process as described herein, and that service of an administrative subpoena shall be effected by such service, and that service as aforesaid shall be taken and held in all courts and administrative tribunals to be valid and binding as if personal service thereof had been made.

8. I authorize all my employers and any other person to furnish to any *jurisdiction*, SRO, *designated entity*, employer, prospective employer, or any agent acting on its behalf, any information they have, including without limitation my creditworthiness, character, ability, business activities, educational background, general reputation, history of my employment and, in the case of former employers, complete reasons for my termination. Moreover, I release each employer, former employer and each other person from any and all liability, of whatever nature, by reason of furnishing any of the above information, including that information reported on the Uniform Termination Notice for Securities Industry Registration (Form U5). I recognize that I may be the subject of an investigative consumer report and waive any requirement of notification with respect to any investigative consumer report ordered by any *jurisdiction*, SRO, *designated entity*, employer, or prospective employer. I understand that I have the right to request complete and accurate disclosure by the *jurisdiction*, SRO, *designated entity*, employer or prospective employer of the nature and scope of the requested investigative consumer report.

9. I understand and certify that the representations in this form apply to all employers with whom I seek registration as indicated in Section 1 (GENERAL INFORMATION) or Section 6 (REGISTRATION REQUESTS WITH AFFILIATED FIRMS) of this form. I agree to update this form by causing an amendment to be filed on a timely basis whenever changes occur to answers previously reported. Further, I represent that, to the extent any information previously submitted is not amended, the information provided in this form is currently accurate and complete.

10. I authorize any employer or prospective employer to file electronically on my behalf any information required in this form or any amendment thereto; I certify that I have reviewed and approved the information to be submitted to any *jurisdiction* or SRO on this Form U4 Application; I agree that I will review and approve all disclosure information that will be filed electronically on my behalf; I further agree to waive any objection to the admissibility of the electronically filed records in any criminal, civil, or administrative *proceeding*.

*Applicant* or *applicant's* agent has typed *applicant's* name under this section to attest to the completeness and accuracy of this record. The *applicant* recognizes that this typed name constitutes, in every way, use or aspect, his or her legally binding signature.

Date (MM/DD/YYYY) _____

_____
Signature of *Applicant*

_____
Printed Name

Rev. Form U4 (10/2005)
UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER

| INDIVIDUAL NAME: | SSN: |
|---|---|
| INDIVIDUAL CRD #: | FIRM CRD #: |

### 15B. FIRM/APPROPRIATE SIGNATORY REPRESENTATIONS

**THE FIRM MUST COMPLETE THE FOLLOWING:**

To the best of my knowledge and belief, the *applicant* is currently bonded where required, and, at the time of approval, will be familiar with the statutes, constitution(s), rules and by-laws of the agency, *jurisdiction* or *SRO* with which this application is being filed, and the rules governing registered persons, and will be fully qualified for the position for which application is being made herein. I agree that, notwithstanding the approval of such agency, *jurisdiction* or *SRO* which hereby is requested, I will not employ the *applicant* in the capacity stated herein without first receiving the approval of any authority that may be required by law.

This *firm* has communicated with all of the *applicant's* previous employers for the past three years and has documentation on file with the names of the persons contacted and the date of contact. In addition, I have taken appropriate steps to verify the accuracy and completeness of the information contained in and with this application.

I have provided the *applicant* an opportunity to review the information contained herein and the *applicant* has approved this information and signed the Form U4.

Date (MM/DD/YYYY) _____

Printed Name _____        Signature of *Appropriate Signatory* _____

### 15C. TEMPORARY REGISTRATION ACKNOWLEDGEMENT

If an *applicant* has been registered in a *jurisdiction* or *self regulatory organization (SRO)* in the 30 days prior to the date an application for registration is filed with the Central Registration Depository or Investment Adviser Registration Depository, he or she may qualify for a Temporary Registration to conduct securities business in that *jurisdiction* or *SRO* if this acknowledgment is executed and filed with the Form U4 at the *applicant's firm*.

This acknowledgment must be signed only if the *applicant* intends to apply for a Temporary Registration while the application for registration is under review.

I request a Temporary Registration in each *jurisdiction* and/or *SRO* requested on this Form U4, while my registration with the *jurisdiction(s)* and/or *SRO(s)* requested is under review;

I am requesting a Temporary Registration with the *firm* filing on my behalf for the *jurisdiction(s)* and/or *SRO(s)* noted in Section 4 (SRO REGISTRATION) and/or Section 5 (JURISDICTION REGISTRATION) of this Form U4;

I understand that I may request a Temporary Registration only in those *jurisdiction(s)* and/or *SRO(s)* in which I have been registered with my prior *firm* within the previous 30 days;

I understand that I may not engage in any securities activities requiring registration in a *jurisdiction* and/or *SRO* until I have received notice from the CRD or IARD that I have been granted a Temporary Registration in that *jurisdiction* and/or *SRO*;

I agree that until the Temporary Registration has been replaced by a registration, any *jurisdiction* and/or *SRO* in which I have applied for registration may withdraw the Temporary Registration;

If a *jurisdiction* or *SRO* withdraws my Temporary Registration, my application will then be held pending in that *jurisdiction* and/or *SRO* until its review is complete and the registration is granted or denied, or the application is withdrawn;

I understand and agree that, in the event my Temporary Registration is withdrawn by a *jurisdiction* and/or *SRO*, I must immediately cease any securities activities requiring a registration in that *jurisdiction* and/or *SRO* until it grants my registration;

I understand that by executing this Acknowledgment I am agreeing not to challenge the withdrawal of a Temporary Registration; however, I do not waive any right I may have in any *jurisdiction* and/or *SRO* with respect to any decision by that *jurisdiction* and/or *SRO* to deny my application for registration.

Date (MM/DD/YYYY) _____        Signature of *Applicant* _____

Printed Name _____

### 15D. AMENDMENT INDIVIDUAL/APPLICANT'S ACKNOWLEDGEMENT AND CONSENT

Date (MM/DD/YYYY) _____        Signature of *Applicant* _____

Printed Name _____

# EXHIBIT 2

# FORM U5
# UNIFORM TERMINATION NOTICE FOR SECURITIES INDUSTRY REGISTRATION

U5 - FULL
02/13/2007

Rev. Form U5 (10/2005)

### NOTICE TO THE INDIVIDUAL WHO IS THE SUBJECT OF THIS FILING

Even if you are no longer registered you continue to be subject to the jurisdiction of regulators for at least two years after your registration is terminated and may have to provide information about your activities while associated with this firm. Therefore, you must forward any residential address changes for two years following your termination date or last Form U5 amendment to: CRD Address Changes, P.O. Box 9495, Gaithersburg, MD 20898-9495.

### 1. GENERAL INFORMATION

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| OLIVER | LIONEL | VELEZ | |
| **Firm CRD #:** | **Firm Name:** | **Firm NFA #:** | |
| 47883 | MASTERTRADER.COM | | |
| **Individual CRD #:** | **Individual SSN:** | **Individual NFA #:** | **Firm Billing Code:** |
| 3264135 | 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 | | 11 |

**Office of Employment Address**

| CRD Branch # | NYSE Branch Code # | Firm Billing Code | Address | Private Residence | Type of Office | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| D Main | | | 7-11 SOUTH BROADWAY SUITE 210A WHITE PLAINS, NY 10601 | N | Located At | 04/01/1999 | 02/12/2007 |
| 275813 | | 1 | 7-11 SOUTH BROADWAY SUITE 210A WHITE PLAINS, NY 10601 UNITED STATES | N | Located At | 06/14/2006 | 02/12/2007 |

Rev. Form U5 (10/2005)

### 2. CURRENT RESIDENTIAL ADDRESS

**NOTICE TO THE FIRM**

This is the last reported residential address. If this is not current, please enter the current residential address.

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 03/1997 | PRESENT | 14 RICHBELL ROAD | WHITE PLAINS | NY | UNITED STATES | 10605 |

Rev. Form U5 (10/2005)

### 3. FULL TERMINATION

Is this a *FULL TERMINATION?* ⦿ Yes ○ No
Note: A "Yes" response will terminate ALL registrations with all *SROs* and all *jurisdictions*.

**Reason for Termination:** Voluntary  * Provide an explanation below

Rev. Form U5 (10/2005)

### 4. DATE OF TERMINATION

**Date Terminated (MM/DD/YYYY):** 02/12/2007
A complete date of termination is required for full or partial termination. This date represents the actual date that the termination of registration is effective.

Rev. Form U5 (10/2005)

### 6. AFFILIATED FIRM TERMINATION

No Information Filed

Rev. Form U5 (10/2005)

### 7. DISCLOSURE QUESTIONS

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN SECTION 7 IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S). IF THE INFORMATION IN SECTION 7 HAS ALREADY BEEN REPORTED ON FORM U4 OR FORM U5, DO NOT RESUBMIT DRPs FOR THESE ITEMS. REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U5 INSTRUCTIONS FOR EXPLANATION OF ITALICIZED WORDS.

#### Investigation Disclosure

| | | YES | NO |
|---|---|---|---|
| 7A. | Currently is, or at termination was, the individual the subject of an *investigation* or *proceeding* by a domestic or foreign governmental body or *self-regulatory organization* with jurisdiction over *investment-related* businesses? (Note: Provide details of an *investigation* on an Investigation Disclosure Reporting Page and details regarding a *proceeding* on a Regulatory Action Disclosure Reporting Page.) | | ✓ |

#### Internal Review Disclosure

| | | YES | NO |
|---|---|---|---|
| 7B. | Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating *investment-related* statutes, regulations, rules or industry standards of conduct? | | ✓ |

#### Criminal Disclosure

| | | YES | NO |
|---|---|---|---|
| 7C. | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual: | | |
| 1. | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*? | | ✓ |
| 2. | *charged* with any *felony*? | | ✓ |
| 3. | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? | | ✓ |
| 4. | *charged* with a *misdemeanor* specified in 7(C)(3)? | | ✓ |

#### Regulatory Action Disclosure

| YES | NO |
|---|---|