# EXHIBIT 4 TO THE MEMORANDUM OF LAW

Ex4mol

```
 CMD: IA001           NWYK - CASE INQUIRY
112799/2007                ACTIVE                SUPREME COURT
VELEZ, OLIVER L.                 VERSUS      FINANCIAL INDUSTRY REGULATOR
ACTION:    ARTICLE 75 (ARBITRATION)
IAS CTGY:  SPECIAL PROCEEDINGS          PI: ( ) PD: ( )   IAS DTE: 09/25/2007
DISCOVERY: DUE WITHIN 12 MONTHS         JUSTICE: SOLOMON, JANE
TI(001) AT(002) CA(000) CO(000) NOTE OF ISSUE: NONE   RJI TYPE: PETITION
                                                         JURY UNKWN NO S/P

001   - ORIG: 10/10/2007 MOTIONPART  MOTION PART
        PRIOR: 10/17/2007 SUBM        SUBMISSIONS PART              ADJOURN: 001
        RELIEF:           CSA         COMPEL OR STAY ARBITRATION
       PROCEED: MOTION                PLAINTIFF:        DEFENDANT:
      DECISION:
       JUSTICE:           SOJ         SOLOMON, JANE
        EFFECT:
         ORDER:                                 CONSOL CASE ID:
        NOTIFY:           REFER:

APPR  -        10/17/2007 SUBM        SUBMISSIONS PART
       JUSTICE:           SOJ         SOLOMON, JANE
        ACTION:           FSN         FULLY SUBMITTED - NO OPP
          TYPE:           MOTION      COMMENT1: DEFAULT
P - 000000/0000 N - 000000/0000       COMMENT2:
```