# EXHIBIT 6 TO THE MEMORANDUM OF LAW

Ex6mol



7-11 South Broadway, Suite 210A
White Plains, NY 10601
Toll-Free 866-400-2966, 914-422-2966

August 24, 2007

Mr. Oliver L. Velez
14 Richbell Road
White Plains, NY  10605

Dear Oliver:

As you know, you are listed on Schedule B of MT's Form BD as an indirect owner. When your U5 was filed, it created a "Page 2 deficiency" for Mastertrader. In order to cure this deficiency, MT is required to file a U4 Page 2BD on your behalf. I have attached a draft of the filing for your review. Please answer Section 13. OTHER BUSINESS and attach it as an exhibit.

In an email dated June 22, 2007 you were advised that you were then, and continue to be now, in violation of Rules 3030 and 3040. Therefore we are not able to complete this section on your behalf. Additionally please sign next to your name listed as the Applicant at the end of the EXECUTION section. This is your attestation that the information to be filed is currently accurate and complete. We ask that your submission to this request be received in our office in White Plains to my attention by the close of business on Friday, September 7, 2007. Your failure to do so will be construed as your refusal to comply with this request. We will then have to proceed accordingly.

Thank you for your attention to this matter.

Jaime Annexy
President
Mastertrader.com
www.mastertrader.com
914-422-2966

# FORM U4
# UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER

U4 - P2BDINITIAL
08/23/2007

Rev. Form U4 (10/2005)

## 9. IDENTIFYING INFORMATION/NAME CHANGE

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| OLIVER | LIONEL | VELEZ |

| Suffix: | Date of Birth (MM/DD/YYYY) 02/15/1966 | |
|---|---|---|

| State/Province of Birth | Country of Birth | Sex |
|---|---|---|
| NY | | ⦿ Male ○ Female |

| Height (ft) | Height (in) | Weight (lbs) |
|---|---|---|
| 5 | 6 | 175 |

| Hair Color | Eye Color | |
|---|---|---|
| Brown | Brown | |

Rev. Form U4 (10/2005)

## 10. OTHER NAMES

No Information Filed

Rev. Form U4 (10/2005)

## 11. RESIDENTIAL HISTORY

Starting with the current address, give all addresses for the past 5 years. Report changes as they occur.

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 03/1997 | PRESENT | 14 RICHBELL ROAD | WHITE PLAINS | NY | UNITED STATES | 10605 |
| 05/1992 | 03/1997 | 2115 STORY AVE | BRONX | NY | UNITED STATES | 10473 |

Rev. Form U4 (10/2005)

## 12. EMPLOYMENT HISTORY

Provide complete employment history for the past 10 years. Include the firm(s) noted in Section 1 (GENERAL INFORMATION) and Section 6 (REGISTRATION REQUESTS WITH AFFILIATED FIRMS). Include all firm(s) from Section 3 (REGISTRATION WITH UNAFFILIATED FIRMS). Account for all time including full and part-time employments, self-employment, military service, and homemaking. Also include statuses such as unemployed, full-time education, extended travel, or other similar statuses. Report changes as they occur.

| From | To | Name of Firm or Company | Investment-Related business? | City | State | Country | Position |
|---|---|---|---|---|---|---|---|
| 09/1994 | 02/2007 | PRISTINE CAPITAL HOLDINGS, INC. | ○ Yes ⦿ No | WHITE PLAINS | NY | | CHAIRMAN & CEO |
| 04/1999 | 02/2007 | PRISTINE SECURITIES, LLC | ⦿ Yes ○ No | WHITE PLAINS | NY | | OTHER - MEMBER |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/1992 | 09/1994 | JUJAMCYN THEATRES | ◯ Yes ⦿ No | NEW YORK | NY | | OTHER - ACCOUNTANT |
| 11/1990 | 12/1992 | GUIDE ENTERPRISES, INC. | ◯ Yes ⦿ No | NEW YORK | NY | | OTHER - ACCOUNTANT |
| 11/1989 | 08/1990 | VIACOM, INC. | ◯ Yes ⦿ No | NEW YORK | NY | | OTHER - JR ACCOUNTANT |

Rev. Form U4 (10/2005)

### 13. OTHER BUSINESS

Are you **currently** engaged in any other business either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise? (Please exclude non *investment-related* activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.) If YES, please provide the following details: the name of the other business, whether the business is *investment-related*, the address of the other business, the nature of the other business, your position, title, or relationship with the other business, the start date of your relationship, the approximate number of hours/month you devote to the other business, the number of hours you devote to the other business during securities trading hours, and briefly describe your duties relating to the other business.

⦿ Yes ◯ No
THE NAME OF THE OTHER BUSINESS IS VELEZ CAPITAL MANAGEMENT, LLC....

Rev. Form U4 (10/2005)

### BD PAGE 2 EXECUTION

**EXECUTION:**
For the purposes of complying with the laws of the State(s) designated in Item 2 relating to either the offer or sale of securities or commodities, the undersigned and *applicant* hereby certify that the *applicant* is in compliance with applicable state surety bonding requirements and irrevocably appoint the administrator of each of those State(s) or such other person designated by law, and the successors in such office, attorney for the *applicant* in said State(s), upon whom may be served any notice, process, or pleading in any action or *proceeding* against the *applicant* arising out of or in connection with the offer or sale of securities or commodities, or out of the violation or alleged violation of the laws of those State(s), and the *applicant* hereby consents that any such action or *proceeding* against the *applicant* may be commenced in any court of competent jurisdiction and proper venue within said State(s) by service of process upon said appointee with the same effect as if *applicant* were a resident in said State(s) and had lawfully been served with process in said State(s).

The *applicant* consents that service of any civil action brought by or notice of any *proceeding* before the Securities and Exchange Commission or any *self-regulatory organization* in connection with the *applicant's* broker-dealer activities, or of any application for a protective decree filed by the Securities Investor Protection Corporation, may be given by registered or certified mail or confirmed telegram to the *applicant's* contact employee at the main address, or mailing address if different, given in Items 1E and 1F.

The undersigned, being first duly sworn, deposes and says that he/she has executed this form on behalf of, and with the authority of, said *applicant*. The undersigned and *applicant* represent that the information and statements contained herein, including exhibits attached hereto, and other information filed herewith, all of which are made part hereof, are current, true and complete. The undersigned and *applicant* further represent that to the extent any information previously submitted is not amended such information is currently accurate and complete.

| Date (MM/DD/YYYY) | Name of Applicant<br>OLIVER LIONEL VELEZ |
|---|---|
| **Authorized Signatory** | **Title**<br>PRESIDENT & MANAGING DIRECTOR |