EXHIBIT 7 TO THE MEMORANDUM OF LAW

Ex7mol

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: PRISTINE CAPITAL HOLDINGS, INC.

Selected Entity Status Information

**Current Entity Name:** PRISTINE CAPITAL HOLDINGS, INC.
**Initial DOS Filing Date:** JULY 28, 2000
**County:** WESTCHESTER
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
PRISTINE CAPITAL HOLDINGS, INC.
7-11 SOUTH BROADWAY
#210
WHITE PLAINS, NEW YORK, 10601

**Chairman or Chief Executive Officer**
OLIVER L VELEZ
7-11 SOUTH BROADWAY
#210
WHITE PLAINS, NEW YORK, 10601

**Principal Executive Office**
PRISTINE CAPITAL HOLDINGS, INC.
7-11 SOUTH BROADWAY
#210
WHITE PLAINS, NEW YORK, 10601

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page