# EXHIBIT 8 TO THE MEMORANDUM OF LAW

Ex8mol

FRANKLIN I. OGELE (FO-0040)
LAW OFFICE OF FRANKLIN OGELE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NJ 07102
ATTORNEY FOR OLIVER L. VELEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

OLIVER L. VELEZ                             INDEX #07/112799

      Plaintiff

vs.                                         CIVIL ACTION #07-CV-08524 (AKH)

                                               ATTORNEY'S AFFIRMATION

FINANCIAL INDUSTRY
REGULATORY AUTHORITY
GREG CAPRA AND
PRISTINE CAPITAL HOLDINGS, INC.

      Defendants
-----------------------------------------------X

FRANKLIN I. OGELE, an Attorney duly admitted to practice law in the State of New York and before this Court, affirms under penalty of perjury and says:

1. I am the Attorney for Oliver L. Velez ("Velez"), and I have knowledge of the facts set forth herein. I submit this affirmation in support of Velez's Motion to Remand, to Dismiss Greg Capra and Pristine Capital Holdings Inc.'s Notice of Removal (Index #07-CV-08524) and for Attorney Fees and Costs.

2. The grounds for the Motion to Remand, to Dismiss and for Attorney Fees and Costs are as follows:

i. There is no federal subject matter jurisdiction in both the Arbitration Complaint and Velez' Motion to Stay Arbitration;

1

ii     The is no diversity of citizenship among the defendants.

iii.    The case law and federal removal statute permit a litigant who prevails in a remand action to petition the Court for fees and costs.

3.     Attached to this Affirmation is the Schedule for Attorney Fees and Costs owed to me by Velez for litigating this matter.

4.     Attached also to this Affirmation is a summary of my experience as a lawyer and securities and/or financial services industry professional.

5.     For reasons set forth in the accompanying Memorandum of Law, the Court should (1) Remand the above matter to the New York Supreme Court; (2) Dismiss the Notice of Removal and (3) Order Capra and Pristine Capital to pay the Attorney Fees and Costs herein.

Affirmed this 16th day of November 2007

_____
Franklin I. Ogele, Esq.

AttnyAffirmation2

**FRANKLIN I. OGELE**
*Attorney at Law*
One Gateway Center, Suite 2600
Newark, NJ 07102
Email: fogele@msn.com
Web Address: www.ogelelaw.com

*Ph. (973) 645 0565*　　　　　　　　　　　　　　*Bar Admissions*
*Fx.(973) 923 7890*　　　　　　　　　　　*New York and New Jersey*
*Cell (973) 277 4239*

November 15, 2007

## SCHEDULE OF BILLABLE HOURS AND ATTORNEY FEES ON LITIGATING THE NOTICE OF REMOVAL FILED BY CAPRA AND PRISTINE CAPITAL

| Date | Description | Amount |
|---|---|---|
| 10/18/07 | Reviewed Notice of Removal filed by Capra and PCH 1hr/$400/hr | $400.00 |
| 10/23/07 | Commenced researching Federal Removal Statutes and sketching the broad outlines of Response to the Notice of Removal 2.50hrs/$400/hr | $1000.00 |
| 10/30/07 | Telconf with Velez on Remand. .50/$400/hr | $200.00 |
| 10/31/07 | Reviewed Counsel's Memorandum of Law and supporting Motion Papers in connection to Removal Notice; including FINRA's Conduct Rules; Code of Arbitration and Code of Procedures 3hrs/$400/hr | $1,200.00 |
| 10/31/07 | Drafted Stipulation to Extend Response Date to 1/16/07; researched removal case law 6hrs/$400/hr | $2,400.00 |
| 11/1/07 | Contd. Research of Removal materials 5hrs/$400/hr | $2,000.00 |
| 11/3/03 | Commenced drafting Remand Papers 5hrs/$400/hr | $2,000.00 |

1

| Date | Description | Amount |
|---|---|---|
| 11/8/07 | Contd drafting of Remand Memorandum of Law 5hrs/$400/hr | $2,000.00 |
| 11/9/07 | Contd Work on Remand Memorandum of Law 5hrs/$400/hr | $2,000.00 |
| 11/10/07 | Contd. Work on Remand Memorandum of Law; Velez' Certification; Notice of Motion; Order etc. 5hrs/$400/hr | $2,000.00 |
| 11/11/07 | Revision of Remand Papers; collation and photocopying (5 sets) of supporting documents 7hrs/$400/hr | $2,800.00 |
| | Out of Pocket – Kinkos | $61.15 |
| 11/11/07 | Contd. revision and packaging of Remand Papers 3hrs/$400/hr | $1,200.00 |
| 11/11/07 | Teleconf. with client on Remand matter. .50/$400/hr | $200.00 |
| 11/12/07 | Completed Drafting of Remand Papers; emailed draft papers to Velez for review 3.50/$400/hr | $1,400.00 |
| 11/12/07 | To and fro to Staples for Stationeries; Arranging Remand Papers in binders 2hrs/$400/hr | $800.00 |
| | Out of Pocket – Stationeries | 45.94 |
| 11/13/07 | Further revisions to the Remand Papers; to and fro to Southern District Court, NY to review filing procedures 6.50hrs/$400/hr | $2,600.00 |
| | Out of Pocket<br>Cab to Court   $6.00<br>Cab from Court   $7.00<br>Parking   $10.00 | $23.00 |
| 11/14/07 | Various telconf. with Velez; various revisions based on Velez changes and packaging of remand papers 5hrs/$400/hr | $2,000.00 |

2

| | | |
|---|---|---|
| 11/15/07 | Estimated time with Kinkos to scan remand papers for ECF and filing 2hrs/$400/hr | $800.00 |
| | Estimated out of Pocket – Kinkos Scanning | $200.00 |
| | Actual out of Pocket – Kinkos | 48.13 |
| 11/27/07 | Estimated time to travel to and fro to the Southern District for oral argument of Remand Motion 7hrs/$400/hr | $2,800.00 |
| | Total Billables and Estimates | $30,178.22 |

```
START TIME  11:47
END TIME    11:58
TRIP #      16497
RATE No.     1
MILES        0.76
FARE $       5.90

Contact TLC Dial
3-1-1
```

```
MED # 2D33
Date    11/13/07
12:37 TO 12:43
TRIP #      2474
Stand. City Rate
DIST    0.74 mi
Rate 1  $ 5.30
TOTAL   $ 5.30

CONTACT TLC
DIAL 3-1-1
```

**STAPLES**

that was easy.
Low prices. Every item. Every day.
155 Route 22 East
Springfield, NJ 07081
(973) 467-0808

```
SALE               134380 6 006 00248
                   0009 11/12/07 03:52
QTY SKU                      OUR PRICE

           REWARDS NUMBER 2643774645
 1  SPLS ASST BINDER C
    718103011471                   3.99
 1  STAPLES LGE BINDER
    718103011518                   3.99
 1  3M/4PK-SCOTCH TAPE
    051131704022                   7.49
 3  DURABLE BINDER 1IN
    077711272507    2.490ea        7.47
 1  READY INDX TOC 10T
    067933206206                  19.99
SUBTOTAL                          42.93
    Standard Tax 7.00%             3.01
TOTAL                           $45.94

Cash                              60.00
Cash Change                       14.06

        TOTAL ITEMS    7
```



**FedEx Kinko's**
Office and Print Center

FedEx Kinko's

November 11, 2007 16:54                Page: 1
Receipt #: 196450
Discover #: XXXXXXXXXXXX3150
2007/11/11 16:07

| Qty | Description | Amount |
|---|---|---|
| 24 | ES B&W S/S White 8.5 x11 | 2.16 |
| 140 | ES B&W S/S White 8.5 x11 | 12.60 |
| 471 | ES B&W S/S White 8.5 x11 | 42.39 |

SubTotal                57.15
Taxes                    4.00
Total                   61.15

The Card holder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

55 Route 22 East    9733763966
Springfield, NJ  07081
www.fedexkinkos.com
Please recycle this receipt.

```
44-755
NAME  Franklin [signature]
MAKE  _____
LICENSE NO. _____
COLOR _____
       $10.00      10/13/[]
```

**STAPLES**

**that was easy.**

Low prices. Every item. Every day.
155 Route 22 East
Springfield, NJ 07081
(973) 467-0808

SALE                    138562 6 006 01156
                        0009 11/14/07 07:53

*******************************************

$5,000 SHOPPING SPREE AT STAPLES!
ENTER TO WIN!

We care about what you think!
Take a short survey and be entered
into a monthly drawing. Just log on to
www.staples-survey.com
or call 1-800-890-7305

Your survey code: 0102 2753 3983 4964

***Tome nuestra encuesta en español en
la página del Internet o por teléfono.
Consiga las reglas en la tienda.***

See store for rules.
Survey code expires 11/21/2007.
*******************************************

QTY SKU                          OUR PRICE

1   SONY MICVCLASSIC 2
    027242674462                     44.98
SUBTOTAL                             44.98
    Standard Tax 7.00%                3.15
TOTAL                              $48.13

Cash                                 50.00

Cash Change                           1.87