FRANKLIN I. OGELE (FO-oo40)  
LAW OFFICE OF FRANKLIN OGELE  
ONE GATEWAY CENTER, SUITE 2600  
NEWARK, NJ 07102  
ATTORNEY FOR OLIVER L. VELEZ

                UNITED STATES DISTRICT COURT  
                SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

OLIVER L. VELEZ                 INDEX #07 CV 08524 (AKH)

      Plaintiff

                                   ORDER

      vs.

FINANCIAL INDUSTRY  
REGULATORY AUTHORITY  
GREG CAPRA AND  
PRISTINE CAPITAL HOLDINGS, INC.   Return Date: November 27, 2007

      Defendants  
------------------------------------------------X

THIS MATTER, having been heard before this Court and upon the application of Oliver L. Velez for an Order Remanding and Dismissing this controversy to the Supreme Court of the State Court of New York, and for costs and attorney fees, the Court having considered the motion papers filed herein, and for good cause having been shown:

IT IS HEREBY, on this _____ day of November, 2007

ORDERED THAT this controversy is hereby Remanded to the Supreme Court of the State of New York.

ORDERED THAT Capra and Pristine Capital Holdings Inc. pay Oliver A. Velez the sum of $30,178.22 being costs and attorney fees.

ORDERED THAT the Notice of Removal (Index #07 CV 08524) is hereby dismissed

_____
        U.S.D.J.

VelezRemandFormOrder