IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
                                                        x
OLIVER L. VELEZ                                          x
                                                        x    Case No.: 1:07-cv-08524-AKH
                                                        x
                              Plaintiff,                x    **FINRA'S RESPONSE TO**
                                                        x    **PLAINTIFF'S MOTION**
          -against-                                     x    **TO REMAND**
                                                        x
FINANCIAL INDUSTRY REGULATORY                           x
AUTHORITY, GREG CAPRA AND                               x
PRISTINE CAPITAL HOLDINGS, INC.                         x
                                                        x
                              Defendants.               x
——————————————————————— x


     Defendant Financial Industry Regulatory Authority, Inc. (FINRA) submits this Response to the Plaintiff Oliver Velez' motion to remand this action to the Supreme Court for New York County.


     FINRA takes no position on plaintiff's motion to remand.  The case was removed by the other defendants before FINRA filed its responsive papers.  To assist the court in its evaluation of diversity jurisdiction, FINRA is a Delaware corporation with its principal place of business in Washington, DC.

Dated: November 20, 2007
      Washington, D.C.

Respectfully submitted,
Financial Industry Regulatory
Authority, Inc.

_____/s/_____
Terri L. Reicher TR-8260
Associate General Counsel
Financial Industry Regulatory Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Telecopier (202) 728-8894

Attorney for Defendant
Financial Industry Regulatory Authority, Inc.