

# DAN A. DRUZ
*Attorney at Law*
291 E. Main St.
Suite 1000
Manasquan, New Jersey 08736
Tel: 732 223-7676 *** Fax: 732 223-1592

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/07
```

<u>Via fax 212 805-7942 and regular mail</u>

December 6, 2007

Hon. Alvin K. Hellerstein, JDC
Chambers, Rm 1050
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

*[handwritten: Adjourned to 2/1/08, 10:00 a.m. 12-6-07 /s/ AKH]*

      Re:    Velez v. FINRA, Pristine Capital Holdings and Capra (AKH)
            07 cv 8524

Dear Judge Hellerstein:

      Please be advised that the initial pretrial conference in this matter is scheduled for Friday, January 18, 2008. I have a conflict with a trial on that date (FINRA (f/k/a NASD) Arbitration No <u>No. 07-00476).</u>
      Accordingly, and with the consent of my adversary, I write to request an adjournment of the conference to Friday, February 1, 2008. As both attorneys are traveling to your court from New Jersey, I would greatly appreciate the courtesy of an 11:00 conference, or later, but will of course accommodate the court's schedule any time that day.
      Thank you for your consideration.

Very truly yours,

*[signature]*

Dan A. Druz

cc : Franklin Ogele, Esq.