# EXHIBIT B



From: &lt;Dandruzesq@aol.com&gt;
Sent: Thursday, December 6, 2007 2:28 PM
To: fogele@msn.com
Subject: velez v. PCH et al; 07/114221

Franklin:

   Some years ago I passed the NY Bar, but never finished the paperwork to be admitted (the filing fee), although every thing else is in order. Olliver's recent filing against me has motivated me to complete the process; in the meantime I'd like to inform the court that this is the case and that pending the completion of the application process, you do not object to my admission pro hac vice.

   Please advise.

DD

Check out AOL Money & Finance's list of the hottest products and top money wasters of 2007.