# EXHIBIT E



Previous on List　Next on List　　Return To List

Events　　No Name History　　　　　　　　　　　　　　　　　　Entity Name

## Detail by Entity Name

**Foreign Profit Corporation**

PRISTINE CAPITAL HOLDINGS, INC.

**Filing Information**

| | |
|---|---|
| Document Number | F02000001616 |
| FEI Number | 522251575 |
| Date Filed | 03/29/2002 |
| State | DE |
| Status | INACTIVE |
| Last Event | REVOKED FOR ANNUAL REPORT |
| Event Date Filed | 09/15/2006 |
| Event Effective Date | NONE |

**Principal Address**

7-11 SOUTH BROADWAY, STE 210
WHITE PLAINS NY 10601

Changed 04/17/2003

**Mailing Address**

200 S. BISCAYNE BLVD., STE. 2675
MIAMI FL 33131

Changed 04/17/2003

**Registered Agent Name & Address**

ANNEXY, JAIME
200 S. BISCAYNE BLVD., STE. 2675
MIAMI FL 33131

Address Changed: 04/17/2003

**Officer/Director Detail**

**Name & Address**

Title DCEO

VELEZ, OLIVER L
7-11 S. BROADWAY #210
WHITE PLAINS NY 10601

Title DP

CAPRA, GREG
257 POINCIANA ISLAND DR.
SUNNY ISLES FL 33160

Title ST

IRWIN, CAROL
7-11 S. BROADWAY #210
WHITE PLAINS NY 10601

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2003 | 04/17/2003 |
| 2004 | 04/19/2004 |
| 2005 | 04/20/2005 |

## Document Images

| | |
| --- | --- |
| 04/20/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2003 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2002 -- Foreign Profit | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

**Previous on List**   **Next on List**   **Return To List**

**Events**   **No Name History**                                Entity Name

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



- Chart of the Week
- Stock Play of the Week
- Lesson of the Week
- Pristine ESP™ A to Z
- Weekly Option Lesson
- Phone Consultation
- Educational Reports
- Company Research

- Pristine Platinum
- Pristine Gold
- Pristine Silver
- Pristine A La Carte

Recommend this site to a friend

FREE Newsletter

Subscribe

## About Pristine

Established in 1994, Pristine.com, a division of Pristine Capital Holdings, Inc., provides insight, intelligence and education for the self-directed trader. Our combination of live seminars and online services guide both new and experienced traders to a more intuitive understanding of the markets. From a modest beginning as a daily fax sheet outlining explanations of the day's market activity, Pristine.com has grown to become one of the world's largest and most sophisticated online educational services for active, self-directed traders with over 60,000 subscribers to its daily advisory services and over 400 multi-language seminars conducted each year around the globe.

The aim of Pristine.com is to educate individuals interested in self-directed trading and to provide trading ideas for those already experienced in the markets. The Pristine Method® includes a candid explanation of the psychological challenges of day and swing trading. Pristine.com also differentiates itself by not just teaching what to trade, but when and why to trade.

Ultimately, individuals who participate in the complete Pristine educational system are better equipped to understand the markets and sufficiently prepared to trade independently. Pristine.com offers a series of educational seminars around the country, as well as an array of real-time, daily, weekly, and monthly services.

### Pristine.Com Corporate Headquarters

7-11 South Broadway, Suite 210
White Plains, NY 10601

**Pristine Counselors and Sales Support:** 1-800-340-6477 or counselor@pristine.com

COMPANY RESEARCH
Enter Symbol








Customer Support and Technical Support: 1-800-340-6477 or support@pristine.com

Customer Suggestions: 1-800-340-6477 or suggestions@pristine.com

Seminars: 1-800-340-6477 or seminars@pristine.com

Corporate or International Callers: 1-914-682-7613 or corporate@pristine.com



**Employment Opportunities**

↑ Top of the page

Home || About || Rates || Order Form || Locations || Get ESP || DVD's || Pristine Seminars || Free Trial



DISCLAIMER:  There is a very high degree of risk involved in trading. Past results are not indicative of future returns. Pristine.com and all individuals affiliated with this site assume no responsibilities for your trading and investment results. The indicators, strategies, columns, articles and all other features are for educational purposes only and should not be construed as investment advice. Information for stock observations are obtained from sources believed to be reliable, but we do not warrant its completeness or accuracy, or warrant any results from the use of the information. Your use of the stock observations is entirely at your own risk and it is your sole responsibility to evaluate the accuracy, completeness and usefulness of the information. You must assess the risk of any trade with your broker and make your own independent decisions regarding any securities mentioned herein. Affiliates of Pristine.com may have a position or effect transactions in the securities described herein (or options thereon) and/or otherwise employ trading strategies that may be consistent or inconsistent with the provided strategies. By completing any of our on-line forms, you will also be automatically registered to receive periodic updates and announcements from Pristine Capital Holdings, Inc. and its subsidiaries. If you are not interested in receiving any further communications from us, you will be able to easily un-subscribe from within any of our e-mails.

**Pristine Counselor and Sales Support**
Toll Free: 1-877-999-0979 - counselor@pristine.com

**Customer And Technical Support**
Toll Free: 1-800-340-6477 - support@pristine.com

**International Callers**
1-914-682-7613

Pristine.com Privacy Policy

© Copyright 1995-2008, Pristine.com. All rights reserved.
COPYING AND OR ELECTRONIC TRANSMISSION OF THIS DOCUMENT WITHOUT THE WRITTEN CONSENT OF PRISTINE.COM IS A VIOLATION OF THE COPYRIGHT LAW.