FRANKLIN I. OGELE (FO-oo40)
LAW OFFICE OF FRANKLIN OGELE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NJ 07102
ATTORNEY FOR OLIVER L. VELEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

OLIVER L. VELEZ                          INDEX #07 CV 08524

       Petitioner

       vs.

                                      NOTICE OF MOTION FOR
                                      TEMPORARY RESTRAINING
FINANCIAL INDUSTRY                       ORDER
REGULATORY AUTHORITY
GREG CAPRA AND
PRISTINE CAPITAL HOLDINGS, INC.

       Respondents
-------------------------------------------------X


TO:   Dan A. Druz, Esq.
       Attorney for Greg Capra and
       Pristine Capital Holdings, Inc.
       291 E. Main Street, Suite 1000
       Manasquan, NJ 08736
       Ph. 732 233 7676
       Fax. 732 223 1592

       Terry L. Reicher, Esq.
       Associate General Counsel
       FINRA
       1735 K. Street. NW
       Washington, DC 20006
       Attorney For FINRA
       Ph. 202 728 8967
       Fax  202 728 8894

**Ladies and Gentlemen:**

**PLEASE TAKE NOTICE** that on _____2008 at _____a.m. or as soon as Counsel may be heard, Oliver A. Velez ("Velez") shall move at the Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, Court Room _____for a Temporary Order to Restrain the Respondents from proceeding with the Arbitration #07-2396, pending the Court's ruling on the related motions before Honorable Alvin K. Hellerstein, U.S.D.J. Southern District of New York

**PLEASE TAKE FURTHER NOTICE** that Velez shall rely on the Motion papers submitted herewith.

_____Signed_____
Franklin I. Ogele, Esq. (FO-oo40)
Attorney for Oliver Velez
One Gateway Center, Suite 2600
Newark, NJ 07102
Cell Ph. 973 277 4239
Office Ph. 973 645 0565
Fax 973 923 7890


Date 1/17/08


VelezNoticeofMotionTRO