FRANKLIN I. OGELE (FO-0040)
LAW OFFICE OF FRANKLIN OGELE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NJ 07102
ATTORNEY FOR OLIVER L. VELEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                 **Index #07 CV 08524**

OLIVER L. VELEZ                      **FORM OF TEMPORARY**
                                      **RESTRAINING ORDER**

        Petitioner,

For a Temporary Restraining
Order under FRCP 65.


        -Against-

FINANCIAL INDUSTRY
REGULATORY AUTHORITY
DISPUTE RESOLUTION, INC.
(FORMERLY, THE NASD)
GREG CAPRA AND
PRISTINE CAPITAL HOLDINGS, INC.

        Respondents
-----------------------------------------------------------------------x

THIS MATTER, having been opened to this Court by Franklin I. Ogele, Esq. Attorney for Petitioner, Oliver L. Velez, for a Temporary Restraining Order, and the Court having considered the Motion with Exhibits attached:

IT IS:

ORDERED that pending the hearing on the pending motions before this Court, the arbitration commenced by Respondents Greg Capra and Pristine Capital Holdings Inc.

1

2

before the Financial Industry Regulatory Authority Dispute Resolution Inc. (the "FINRA") (f/k/a the NASD Dispute Resolution, Inc.) bearing the caption: In the Matter of Arbitration between Greg Capra and Pristine Capital Holdings Inc. (Plaintiffs), v. Oliver L. Velez (Respondent) (the "Arbitration") is hereby stayed and Respondents are enjoined from taking any action to proceed with, conduct or hold the arbitration in this matter, and all proceedings between the parties in the said Arbitration before the FINRA are hereby temporarily stayed and the time for Petitioner, who is the Respondent in the said Arbitration, to serve and file his Answer to the Statement of Claim is hereby tolled; and it is further

ORDERED that sufficient cause being alleged, let service by Federal Express overnight delivery, or fax transmission of a copy of this ORDER, be served upon Respondent, Financial Industry Regulatory Authority, Attn: Terri Reicher, Esq. 1735 K. Street, NW, Washington, DC 20006 and upon Dan A. Druz, Attorney at Law and Counsel for Respondents, Greg Capra and Pristine Capital Holdings Inc. at 291 East Main Street, Suite 1000, Manasquan, NJ 08736.

ENTERED

_____

OliverFormofOrder