```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
OLIVER L. VELEZ,                              :
                                              :   **ORDER GRANTING**
              Plaintiff,            :   **PLAINTIFF'S MOTION FOR**
  -against-                                  :   **REMAND**
                                              :
FINANCIAL INDUSTRY REGULATORY                 :   07 Civ. 8524 (AKH)
AUTHORITY, GREG CAPRA and                     :
PRISTINE CAPITAL HOLDINGS, INC.,              :
                                              :
              Defendants.           :
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff Oliver L. Velez filed a motion to remand the Complaint, which seeks to stay arbitration before the Financial Industry Regulatory Authority ("FINRA"), for lack of federal jurisdiction. Defendants Greg Capra and Pristine Capital Holdings, Inc. oppose Plaintiff's motion and cross-move to compel arbitration. The parties appeared before me for argument on February 11, 2007. Because I find that there is no federal question jurisdiction and because complete diversity does not exist between the parties for reasons stated on the record, I grant Plaintiff's motion for remand. Having determined that I cannot exercise jurisdiction over this lawsuit, I do not consider Defendants' cross-motion to compel arbitration.

      The Clerk shall mark the case closed.

Dated:     February 13, 2008
              New York, New York

                                                 ALVIN K. HELLERSTEIN
                                               United States District Judge